# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEONARINE RAMPERSAUD,**

       **Plaintiff,**

-vs-                                **Case No.  6:06-cv-125-Orl-31KRS**

**ACKERIDGE COMMUNICATIONS, LLC.
and STEVE ACKERIDGE,**

       **Defendants.**
_____

# ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 8) filed July 10, 2006.

On August 2, 2006, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be granted in part and denied in part. No objections have been filed.  Therefore, it is **ORDERED** that:

    1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.     The Motion for Default Judgment is GRANTED in part.   The clerk is directed to enter judgment in favor of the Plaintiff Deonarine Rampersaud against the defendants Ackeridge Communications, LLC and Steve Ackeridge, jointly and severally,  in the total amount of $463.50 ($92.50 in damages, $1.00 in attorney's fees, and $370.00 in costs) and thereafter close the file.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of August, 2006.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                _____
                                   GREGORY A. PRESNELL
                             **UNITED STATES DISTRICT JUDGE**